UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLY M. ORR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:04-cv-0406-DFH-WTL |
| | ) |
| JOANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

JUDGMENT AWARDING ATTORNEY FEES

Pursuant to this court's Entry on Attorney Fee Application, it is hereby ORDERED, ADJUDGED, AND DECREED that defendant Commissioner of Social Security pay to plaintiff Kelly M. Orr and attorney G. Robert Wright jointly the sum of $4,274.75 in fees and $150.00 in costs.

Date: June 28, 2005

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

-2-

Copies to:

G. Robert Wright
grwright1@ameritech.net heatherrichards47@yahoo.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov lin.montigney@usdoj.gov